STATE OF NEW JERSEY v. MIMS HACKETT.

September 19, 1978. Petition for certification denied.

IN THE MATTER OF ROBERT E. MADDUX v.
THE NEW JERSEY DEPARTMENT OF CIVIL SERVICE.

September 19, 1978. Petition for certification denied.

IN THE MATTER OF WILLIAM R. JAICHNER v.
THE NEW JERSEY DEPARTMENT OF CIVIL SERVICE.

September 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM ROSENBERG.

September 19, 1978. Petition for certification denied. (See 160 *N. J. Super.* 78)

MICHAEL F. MC MAHON v. ARTHUR HACKENBERG.

September 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD CAVER.

September 19, 1978. Petition for certification denied.